Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750

*Attorneys for Defendant Metropolitan Life Insurance Company, as Claims Administrator for the Navy Exchange Service Command Disability Plan*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENAIL NEWTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AS CLAIMS ADMINISTRATOR FOR THE NAVY EXCHANGE SERVICE COMMAND DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No.:  2:22-cv-02153-CDS-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>FIRST REQUEST |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time in which Defendant Metropolitan Life Insurance Company ("Defendant") may answer, move, or otherwise plead in response to Plaintiff's Complaint is extended by sixty (60) days through March 10, 2023.

Defendant seeks this first request for an extension to allow time to obtain and review the file as well as to allow the parties to discuss informal resolution of the matter. This extension is not being sought for purposes of delay and is requested in good faith by the parties.

Dated this 9th day of January, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom, SBN10086
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
Telephone: 602-778-3700
Fax: 602-778-3750
*Attorneys for Defendant Metropolitan Life Insurance Company, as Claims Administrator for the Navy Exchange Service Command Disability Plan*

LAW OFFICE OF JULIE A. MERSCH

/s/ Julie A. Mersch
Julie A. Mersch, SNB 004695
jam@merschlaw.com
1100 E. Bridger Ave.
Las Vegas, NV 89101
Telephone: 702-387-5868
Fax: 702-387-0109

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:01 pm, January 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Julie A. Mersch.

DATED this ____th day of January, 2023.

/s/ Rose S. Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.