Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV  89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Jenail Newton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENAIL NEWTON,<br><br>       Plaintiff<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, as Claims Administrator for the Navy Exchange Service Command Disability Plan,<br><br>       Defendant | CASE NO.: 2:22-cv-02153-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT:

The parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties hereby stipulate that this action shall be dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  March 17, 2023           LAW OFFICE OF JULIE A. MERSCH

                                 By:   /s/ Julie A. Mersch
                                       Julie A. Mersch, Esq.
                                       jam@merschlaw.com
                                       Nevada Bar No. 004695
                                       1100 E. Bridger Ave.
                                       Las Vegas, NV 89101
                                       *Attorney for Plaintiff Jenail Newton*

STIP TO DISMISS                              1

| | |
|---|---|
| DATED:  March 17, 2023 | OGLETREE DEAKINS |

By: ___/s/ Kristina N. Holmstrom___
Kristina N. Holmstrom, Esq.
Nevada Bar No. 10086
2415 East Camelback Rd., Ste. 800
Phoenix, AZ 85016
kristina.holmstrom@ogletree.com
*Attorneys for Defendant*
METROPOLITAN LIFE INSURANCE COMPANY

**IT IS SO ORDERED:**

Dated this __17th__ day of __March__, 2023.

_____
UNITED STATES DISTRICT JUDGE